**COLEMAN OIL COMPANY,
INC., petitioner, v. CIRCLE
K CORPORATION, et al.**
No. 97-1067.

Supreme Court of the United States.

March 2, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.